## Commonwealth ex rel. Nixon, Appellant, *v.* Cavell.

Submitted March 21, 1966. *Samuel Nixon,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant Dis-

trict Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.